No. 628.—Moscoso Hermanos & Co., S. en C., recurrente, v. El Registrador de la Propiedad de Humacao, recurrido.— Recurso Gubernativo. Feb. 10, 1926. Por los fundamentos de los casos de *Villamil* v. *El Registrador,* 32 D.P.R. 545, y *Armstrong* v. *El Registrador,* 34. D.P.R. 267, se revoca la nota del Registrador de la Propiedad de Humacao de fecha diciembre 15, 1925, y se ordena la anotación de embargo solicitada con el defecto subsanable de no estar inscrita la finca embargada.

No. 3820.—Viejo & Rodríguez, Sociedad Civil en Liquidación, demandante y aplte., v. Juan Ignacio Caloca et al., demandados y apldos.—C. D. San Juan. Feb. 15, 1926. A la moción para intervenir como *amicus curiae* presentada por el abogado Angel Arroyo Rivera, se admite dicha intervención y se le concede el término de diez días para presentar su alegato del que deberá entregar copia a ambas partes quienes tendrán otros diez días para hacer las alegaciones que estimen pertinentes a su derecho.

No. 3849.—Rossy, apldo., v. del Valle Zeno, aplte.—C. D. San Juan. Desahucio. Feb. 15, 1926. Habiéndose alegado en la demanda como uno de los motivos del desahucio la falta de pago de parte del canon de arrendamiento correspondiente al mes de junio de 1924 y habiéndose declarado por la corte que dicho pago no se hizo en debida forma, procede desestimar como se desestima el recurso por no haberse dado cumplimiento a lo expresamente exigido por la ley de desahucio para poder apelar, al dejarse de consignar la indicada suma.